## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RIVER'S EDGE FUNERAL CHAPEL AND
CREMATORY, INC.

            v.

THE ZONING HEARING BOARD OF
TULLYTOWN BOROUGH AND THE
BOROUGH OF TULLYTOWN

PETITION OF: THE BOROUGH OF
TULLYTOWN

: No. 891 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.